ORDERED.

Dated: September 11, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No: 8:24-bk-03294-RCT
  Chapter 7

Ronnie Elton Rhodes,

    Debtor(s).
_____/

## ORDER GRANTING MOTION FOR TURNOVER

THIS CASE came on for consideration on the Trustee's Motion for Turnover of Property of the Estate (Doc. No. 13, the "**Motion**").  The motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 30 days of the date of service, no party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed.  The Court has considered the Motion, together with the record, and is satisfied that it is appropriate to grant the Motion.  Accordingly, it is

    **ORDERED:**

    1. The Motion is granted.

    2. The Debtor(s) are directed to turnover their 2004 R Jenkins Trailer, 2000 Wesco

Trailer, a 2002 Chevrolet Express 1500 cargo van, guitars, and interest in property in North Carolina to the estate within fifteen (15) days of entry of this Order, or in the alternative, to enter into a Stipulation within the same time period for the repurchase of same.

      3.  The Debtor(s) are directed to turnover all documentation, including the keys to the non-exempt homestead, title records, deed(s), receipts from the purchase, bills of sale, policies of insurance, repair and maintenance records, owners' manuals, and correspondence which relate to or describe the above property or its acquisition, all of which are needed to administer these assets of the estate within fifteen (15) days of entry of this Order.

      4.  The Debtor(s) are directed to respond to the Trustee's request for confirmation of their use of the following address, <u>P.O. Box 588 in Cashiers, NC</u>, within fifteen (15) days of entry of this Order.

      5.  The Trustee is granted authority to file a Motion to Revoke Discharge of the Debtor(s) in the event of failure to comply with this Order.

Attorney, Christine L. Herendeen, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.